# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois   60604**

September 15, 2021

**By the Court:**

| | |
|---|---|
| JANAY E. GARRICK,<br>    Plaintiff-Appellee,<br><br>No. 21-2683             v.<br><br>MOODY BIBLE INSTITUTE,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:18-cv-00573<br>]<br>] John Z. Lee,<br>]      Judge. |

O R D E R

A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *See Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988).

The district court has not entered a final judgment under Rule 58, and for good reason – plaintiff's case continues in the district court.   And, there appears no other basis to review any district court order at this time.   Accordingly,

IT IS ORDERED that appellant Moody Bible Institute file, on or before September 27, 2021, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction.   A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.   Briefing shall be suspended pending further court order.

NOTE:   Caption document "JURISDICTIONAL MEMORANDUM".   The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.