No. 21-2683

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

JANAY E. GARRICK,
Plaintiff-Appellee,

v.

THE MOODY BIBLE INSTITUTE OF CHICAGO,
Defendant-Appellant.

_____

On Appeal from the United States District Court
for the Northern District of Illinois
No. 1:18-cv-00573, John Z. Lee, Judge

_____

**APPELLANT MOODY BIBLE INSTITUTE'S
CONSENT MOTION FOR 60-DAY EXTENSION
OF TIME TO FILE OPENING APPELLATE BRIEF**

_____

Defendant-Appellant, The Moody Bible Institute of Chicago ("Moody Bible"),

moves this Court, with the consent of Appellee, Janay Garrick ("Garrick"), and

pursuant to Federal Rules of Appellate Procedure 26 and 31 and Circuit Rules 26

and 31, for an order granting Moody Bible a 60-day extension of time to file its

opening appellate brief and appendix, from its present deadline of February 6, 2023,

to April 7, 2023.  In support of its motion, Moody Bible states as follows.

606247949.4

1.      This is an interlocutory appeal by Moody Bible from the district court's

denial of its motion to dismiss Garrick's employment discrimination claims on

religious autonomy grounds arising under the First Amendment and Title VII.  The

appeal raises important constitutional and statutory religious autonomy issues and

will likely have significant legal and practical impact on the parties as well as

numerous religious institutions throughout this Circuit.  *See, e.g., Our Lady of*

*Guadalupe Sch. v. Morrissey-Berru*, __ U.S. __, 140 S. Ct. 2049 (2020); *Korte v.*

*Sebelius*, 735 F.3d 654 (7th Cir. 2013); *McCarthy v. Fuller*, 714 F.3d 971 (7th Cir.

2013).

2.      By order dated October 18, 2022, this Court set an initial due date for

Moody Bible's opening merits brief and appendix of November 23, 2022.  (Dkt. 26.)

3.      This Court thereafter ordered the parties to engage in mediation

through the Seventh Circuit Mediation Office.  (Dkt. 27.)  To facilitate mediation,

the deadline for Moody Bible's opening brief was reset, eventually to February 6,

2023. (Dkt. 29-32.)

4.       The parties engaged in good-faith mediation and settlement efforts

leading up to the holidays and although the mediation did not resolve this matter,

the parties continued to engage in post-mediation negotiations regarding settlement

or a resolution of this appeal after the holidays.  Those discussions concluded

unsuccessfully last week on January 4, 2023.

606247949.4

5.      Moody Bible has decided to obtain additional appellate counsel for this matter, the Becket Fund for Religious Liberty.  Appearances for Becket attorneys are being filed today.

6.      New counsel needs time to study the record and procedural history in this matter and to develop the appropriate arguments in conjunction with Moody Bible and its current counsel.

7.      Moody Bible's new counsel also has a number of competing deadlines with which it must currently comply in other matters, meaning Moody Bible is unable to prepare its opening merits brief by the current deadline.  These include:

- A motion for leave to appeal to the New York Court of Appeals due January 13, *see YU Pride All. v. Yeshiva Univ.*, No. 2022-02726 (N.Y. App. Div.);

- An opposition to a cross-motion for summary judgment due January 17, *see Rogers v. U.S. Dep't of Health & Hum. Servs.*, No. 6:19-cv-01567 (D.S.C.);

- An opposition to a cross-motion for summary judgment due January 23, *see Maddonna v. U.S. Dep't of Health & Hum. Servs.*, No. 6:19-cv-03551 (D.S.C.);

- A reply in support of a fee petition due January 27, *see Franciscan All. Inc. v. Becerra*, No. 7:16-cv-00108 (N.D. Tex.);

- A reply in support of a cross-motion for summary judgment due February 7, *see Rogers v. U.S. Dep't of Health & Hum. Servs.*, No. 6:19-cv-01567 (D.S.C.);

- A reply in support of a cross-motion for summary judgment due February 10, *see Maddonna v. U.S. Dep't of Health & Hum. Servs.*, No. 6:19-cv-03551 (D.S.C.);

- A petition for certiorari to be filed in the Supreme Court due on February 13, *see Tucker v. Faith Bible Chapel*, No. 20-1230 (10th Cir.);

- An en banc oral argument on the week of March 20, 2023, *see Apache Stronghold v. United States of America*, No. 21-15295 (9th Cir.);

- An appellate response brief due on March 27, 2023, *see Fitzgerald v. Roncalli High School, Inc.*, No. 22-2954 (7th Cir.);

- A potential reply in support of a petition for certiorari due the week of February 13, *see Slockish v. U.S. Dep't of Transp.*, No. 22-321 (S. Ct.);

- Ongoing depositions and discovery in *Toor v. Berger*, No. 22-cv-1004 (D.D.C.).

8.      Moody Bible therefore seeks a 60-day extension of time to file its opening merits brief, to and including, April 7, 2023.  The remaining briefing deadlines should be similarly adjusted.

9.      Moody Bible has not previously sought an extension of the deadline for its opening merits brief.

10.      This request for an extension is made in good faith and not for the purpose of delay and will allow counsel time to properly prepare the opening merits brief.  No prejudice to any party will result from this extension.

11.      In a telephone conversation on January 10, 2023, between Moody Bible's counsel, Christian Poland, and Garrick's counsel, Jamie Franklin, Ms. Franklin consented to Moody Bible's request for an extension to April 7, 2023, of the deadline for Moody Bible to file its opening merits brief.

CONCLUSION

For the reasons stated above, and with the consent of Appellee Garrick, Appellant Moody Bible requests that this Court enter an order extending the deadline for its opening merits brief and appendix to April 7, 2023, with the remaining briefing deadlines similarly adjusted.

606247949.4

Dated:  January 11, 2023

          Respectfully submitted,

          s/  Christian Poland

          Christian M. Poland
          Bryan Cave Leighton Paisner LLP
          161 N. Clark Street, Suite 4300
          Chicago, IL 60601-3315
          312-602-5000
          Fax: 312-602-5050
          christian.poland@bclplaw.com

          Daniel H. Blomberg
          Luke W. Goodrich
          Colten Stanberry
          The Becket Fund for Religious Liberty
          1919 Pennsylvania Ave. N.W., Ste. 400
          Washington, DC 20006
          (202) 955-0095
          dblomberg@becketlaw.org

606247949.4

## DECLARATION OF CHRISTIAN M. POLAND

I, Christian M. Poland, hereby declare that I am counsel in this matter for Defendant-Appellant, The Moody Bible Institute of Chicago. I have read the foregoing *Appellant Moody Bible Institute's Consent Motion for 60-Day Extension of Time to File Opening Appellate Brief.* The statements contained in that motion are incorporated here by reference, demonstrate why an extension is necessary, and are true and correct to the best of my knowledge and belief.

Executed under penalty of perjury under the laws of the United States, in Chicago, Illinois, on January 11, 2023.

_____
Christian Poland

6

606247949.4

## CERTIFICATE OF SERVICE

Christian Poland, one of the attorneys for Defendant, The Moody Bible

Institute of Chicago, states that on January 11, 2023, he served a true and correct

copy of the foregoing document upon counsel for Plaintiff by causing said document

to be delivered to her via the Court's ECF system, addressed as follows:

> Jamie S. Franklin
> C-K Law Group
> The Law Offices of Chicago-Kent
> 565 W. Adams Street, Suite 600
> Chicago, Illinois  60661
> jfranklin5@kentlaw.iit.edu


                              s/ Christian Poland

606247949.4