Case: 21-2683     Document: 37     FOR CLERK'S OFFICE USE ONLY:
Filed: 01/27/2023     Pages: 1
Check # _____ Receipt #_____

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT
219 S. Dearborn Street, Chicago, Illinois 60604

APPLICATION FOR ADMISSION TO PRACTICE

To be completed by Clerk's Office personnel. Date of <u>OUT OF COURT</u> Admission: _____

Date of <u>IN COURT</u> Admission: _____ Admitting panel: _____

<u>Applicant Information</u> (Please type or print neatly.)

APPLICANT'S NAME: Colten L. Stanberry
SOCIAL SECURITY NUMBER (last four digits only): 1362
NAME OF FIRM OR AGENCY: The Becket Fund for Religious Liberty
BUSINESS ADDRESS (physical location/mailbox): 1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006

E - MAIL ADDRESS: cstanberry@becketlaw.org
BUSINESS TELEPHONE NUMBER: 202-955-0095
DATE FIRST ADMITTED (TO ANY BAR): 10/25/2019
STATE(S) IN WHICH APPLICANT IS ADMITTED TO PRACTICE: Texas, Oregon

HAVE YOU EVER RECEIVED ANY FORM OF DISCIPLINE (INCLUDING A PRIVATE REPRIMAND OR A SANCTION) FROM A COURT OR A LAWYERS DISCIPLINARY AUTHORITY SINCE YOU WERE FIRST ADMITTED TO PRACTICE LAW? No

IF THE ANSWER IS OTHER THAN NO, PLEASE STATE ON AN ATTACHED SHEET WHAT HAPPENED AND INCLUDE A COPY OF EACH RELEVANT ORDER.

<u>Fee Information</u>
The payment of the $188.00 admission fee due under 28 U.S.C. § 1913 and the $15.00 local fee due under Circuit Rule 46 should be made electronically via PACER, after the application submission process using the Electronic Case Filing (ECF) System. Access to the ECF system is available at www.ca7.uscourts.gov.

☑ Fee Submitted    OR    ☐ Fee Waived:    ☐ Appointed counsel in this court
                                                                                              ☐ Attorney employed by federal government

I hereby certify that the above information is correct and complete. Further, I hereby certify that I have read the "STANDARDS FOR PROFESSIONAL CONDUCT WITHIN THE SEVENTH FEDERAL JUDICIAL CIRCUIT" and agree to conduct myself in accordance therewith. Finally, I solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.

/s/ Colten L. Stanberry
(Signature of Applicant)

Sponsor Information

SPONSOR'S NAME: Daniel H. Blomberg
SPONSOR'S ADDRESS: 1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006
WHEN ADMITTED TO PRACTICE: 09/26/2008
WHEN ADMITTED TO THIS COURT: 10/28/2016

I hereby vouch for the personal integrity and professional ethics of the applicant and respectfully move that said applicant be admitted as an attorney and counselor of this court.

/s/ Daniel H. Blomberg
(Signature of Sponsor)

Reproduction of this form is authorized. (October 2021)