# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 15, 2023

*By the Court:*

| No. 21-2683 | JANAY E. GARRICK, <br>            Plaintiff - Appellee <br> v. <br> MOODY BIBLE INSTITUTE, <br>            Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00573 <br> Northern District of Illinois, Eastern Division <br> District Judge John Z. Lee ||

Upon consideration of the **JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**, filed on June 15, 2023, by counsel for the parties.

**IT IS ORDERED** that the stay of briefing in this appeal is **LIFTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by July 31, 2023.

2. The brief of the appellee is due by September 1, 2023.

3. The reply brief of the appellant, if any, is due by September 22, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).