**In the United States Court of Appeals for the Seventh Circuit**

No. 21-2683

JANAY E. GARRICK,

*Plaintiff-Appellee*,

v.

MOODY BIBLE INSTITUTE,

*Defendants-Appellant*.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Gabriela Hybel respectfully requests permission to withdraw as counsel for Plaintiff/Appellee because she is leaving Americans United for Separation of Church and State. Ms. Garrick will continue to be represented by Bradley Girard, who has entered an appearance in this case.

September 17, 2023

Respectfully submitted,

/s/ *Gabriela Hybel*
GABRIELA HYBEL
Americans United for Separation
  of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7308
gmhybel@umich.edu

*Counsel for Janay E. Garrick*