# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 19, 2023

**By the Court:**

No. 21-2683

| | |
|---|---|
| JANAY E. GARRICK,<br>*Plaintiff - Appellee,*<br><br>v.<br><br>MOODY BIBLE INSTITUTE,<br>*Defendant - Appellant.* | Appeal from the United<br>States District Court for<br>the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:18-cv-00573<br><br>John F. Kness,<br>*Judge.* |

**O R D E R**

A review of the Statement of Jurisdiction in the brief of appellee reveals that appellee has not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to state <u>explicitly</u> whether or not the jurisdictional summary as to both subject matter and appellate jurisdiction in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary" as to both courts.

Appellee's statement ignores the requirement of Cir. Rule 28(b). Appellee must comply with the rule. *See Baez-Sanchez v. Sessions*, 862 F.3d 638 (7th Cir. 2017) (Wood, C.J., in chambers). Accordingly,

IT IS ORDERED that appellee file a paper captioned "Amended Jurisdictional Statement" on or before September 26, 2023, that fully complies with the requirements of Circuit Rule 28(b). If appellant's statement is not both complete and correct, as to both the district court's jurisdiction and appellate jurisdiction, appellee must provide a <u>complete</u> jurisdictional summary as to <u>both</u> this court and the district court. *See* Circuit Rule 28(a)

IT IS FURTHER ORDERED that the Clerk DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellee's "Amended Jurisdictional Statement" to the assigned merits panel.