No. 21-2683

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

JANAY GARRICK,
    Plaintiff-Appellant,

v.

MOODY BIBLE INSTITUTE,
    Defendant-Appellee.

On Appeal from the United States District Court
for the Northern District of Illinois

UNOPPOSED MOTION OF THE
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION TO PARTICIPATE AT ORAL ARGUMENT

| | |
|---|---|
| KARLA GILBRIDE<br>General Counsel | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>Office of General Counsel |
| JENNIFER S. GOLDSTEIN<br>Associate General Counsel | 131 M St. N.E., 5th Floor<br>Washington, D.C. 20507<br>202-921-2748 |
| ANNE NOEL OCCHIALINO<br>Assistant General Counsel | georgina.yeomans@eeoc.gov |
| GEORGINA C. YEOMANS<br>Attorney | |

This Court calendared this case for argument on December 5, 2023. The EEOC filed a brief as amicus curiae, and it now moves to present oral argument on time ceded by Plaintiff-Appellee Janay Garrick. In support of this motion, the EEOC states:

1. Congress charged the EEOC with administering and enforcing federal laws prohibiting employment discrimination, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*

2. This appeal involves the immediate appealability of interlocutory rulings on Title VII's protections for non-ministerial employees of religious institutions and the scope of the religious autonomy doctrine.

3. The EEOC has a substantial interest in the proper interpretation of Title VII and the process for its enforcement.

4. Plaintiff-Appellee Garrick agreed to cede four minutes of argument time to the EEOC. The EEOC's participation will not extend the day's calendar.

5. Defendant-Appellant Moody Bible Institute takes no position on the instant motion.

Accordingly, the EEOC asks this Court to grant this motion and permit the EEOC to present oral argument on time ceded by the Plaintiff-Appellee.

        KARLA GILBRIDE
        General Counsel

        JENNIFER S. GOLDSTEIN
        Associate General Counsel

        ANNE NOEL OCCHIALINO
        Assistant General Counsel

        */s/ Georgina C. Yeomans*
        GEORGINA C. YEOMANS
        Appellate Attorney
        Office of General Counsel
        Equal Employment Opportunity Commission
        131 M St. NE, Fifth Floor
        Washington, DC 20507
        (202) 921-2748
        georgina.yeomans@eeoc.gov

October 31, 2023

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 179 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century 14 point.

> KARLA GILBRIDE
> General Counsel
>
> JENNIFER S. GOLDSTEIN
> Associate General Counsel
>
> ANNE NOEL OCCHIALINO
> Assistant General Counsel
>
> <u>/s/ Georgina C. Yeomans</u>
> GEORGINA C. YEOMANS
> D.C. Bar No. 1510777
> Appellate Attorney
> Office of General Counsel
> Equal Employment Opportunity
> Commission
> 131 M St. NE, Fifth Floor
> Washington, DC 20507
> (202) 921-2748
> georgina.yeomans@eeoc.gov

October 31, 2023

## CERTIFICATE OF SERVICE

I certify that on October 31, 2023, I electronically filed the foregoing motion in PDF format with the Clerk of Court via the appellate CM/ECF system. I certify that all counsel of record are registered CM/ECF users, and service will be accomplished via the appellate CM/ECF system.

s/*Georgina C. Yeomans*
GEORGINA C. YEOMANS
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
202-921-2748
georgina.yeomans@eeoc.gov