# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 1, 2023

*By the Court:*

|  | JANAY E. GARRICK,<br>                    Plaintiff - Appellee |
|---|---|
| No. 21-2683 | v. |
|  | MOODY BIBLE INSTITUTE,<br>                    Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00573<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

Upon consideration of the **UNOPPOSED MOTION OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO PARTICIPATE AT ORAL ARGUMENT**, filed on October 31, 2023, by counsel for the amicus curiae,

**IT IS ORDERED** that the motion is **GRANTED**. Amicus curiae the Equal Employment Opportunity Commission may participate in oral argument on behalf the appellee. Pursuant to the appellee's agreement, the amicus curiae is allocated four minutes of appellant's oral argument time. The clerk of this court shall distribute a copy of this order to the assigned merits panel.

form name: **c7_Order_BTC**     (form ID: **178**)