# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 18, 2024

Before

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| No. 21-2683 | JANAY E. GARRICK,<br>        Plaintiff - Appellee<br>v.<br>MOODY BIBLE INSTITUTE,<br>        Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00573<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

Because Moody's appeal falls outside of the collateral order doctrine's narrow and selective class of claims subject to interlocutory review, we DISMISS the appeal, with costs, for lack of jurisdiction without reaching the merits of Moody's Title VII and First Amendment defenses.

The above is in accordance with the decision of this court entered on this date.

Clerk of Court