No. 21-2683

# In the United States Court of Appeals for the Seventh Circuit

JANAY E. GARRICK,

*Plaintiff-Appellee,*

v.

MOODY BIBLE INSTITUTE,

*Defendant-Appellant.*

On Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
Case No. 1:18-cv-00573 – Judge John Lee, Magistrate Judge Young Kim

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR REHEARING EN BANC**

Christian M. Poland
BRYAN CAVE LEIGHTON
 PAISNER LLP
161 N. Clark St.,
 Ste. 4300
Chicago, IL 60601-3315
(312) 602-5085
christian.poland@bclplaw.com

Daniel H. Blomberg
Luke W. Goodrich
Laura Wolk Slavis
Colten L. Stanberry
THE BECKET FUND FOR
 RELIGIOUS LIBERTY
1919 Pennsylvania Ave. N.W.,
 Ste. 400
Washington, DC 20006
(202) 955-0095
dblomberg@becketlaw.org

*Counsel for Defendant-Appellant*

## MOTION

Pursuant to Federal Rule of Appellate Procedure 26(b), Defendant-Appellant Moody Bible Institute respectfully request a 14-day extension—from April 1, 2024, to April 15, 2024—to file a petition for rehearing en banc. Moody Bible conferred with Plaintiff-Appellee Janay Garrick's counsel on March 21, 2024, and counsel consented to this motion.

In support of this motion, Moody Bible states the following:

1. As the panel majority correctly recognized, this case concerns important areas of federal law: the "doctrine of church autonomy derive[d] from the Religion Clauses of the First Amendment" and its interaction with appellate jurisdiction. Slip Op. 11-12; *see also Our Lady of Guadalupe Sch. v. Morrissey-Berru*, 140 S. Ct. 2049 (2020) (recent decision involving church autonomy doctrine); *Demkovich v. St. Andrew the Apostle Parish*, 3 F.4th 968 (7th Cir. 2021) (en banc) (same).

2. Like the members of this panel, jurists in multiple circuits considering issues similar to those presented in this case have divided on the correct approach to that interaction. *Compare Tucker v. Faith Bible Chapel*, 53 F.4th 620, 623-24 (10th Cir. 2022) (Ebel, J., joined by McHugh, J., concurring in denial of rehearing en banc), *with id.* at 625-26 (Bacharach, J., joined by Tymkovich and Eid, J.J., dissenting from denial of rehearing en banc); *compare Belya v. Kapral*, 59 F.4th 570, 572-73 (2d Cir. 2023) (Lohier, J., joined by Lee, Robinson, Nathan, and Merriam, J.J., concurring in denial of rehearing en banc), *with id.* at 573 (Cabranes, J., dissenting from denial of rehearing en banc), *and id.* at 577-78 (Park, J., joined by Livingston, C.J., and Sullivan, Nardini, and Menashi, J.J., dissenting from denial of rehearing en banc).

3. Moody Bible respectfully requests an extension to the deadline to file a petition for rehearing given the complex nature of the issues presented in this case, that the current 14-day timeframe set by the rules stretches across important religious

1

holidays, and that Moody Bible's counsel have other conflicts during the current timeframe. Those conflicts include:

- An amicus brief due on March 22, *see Huntsman v. Corp. of President of The Church of Jesus Christ of Latter-day Saints*, No. 21-56056 (9th Cir.);

- Depositions on March 25, 26, and 28, *see Belya v. Kapral*, 20-cv-6597 (S.D.N.Y.);

- A motion to strike a claim for punitive damages due on March 25, *see Callion v. Monsanto Co.*, No. 2022-CA-005807-CA-01 (Fla. Cir. Ct. for Miami-Dade Cnty.);

- An oral argument before the Supreme Court of New Jersey on March 26, *see Hyman v. Rosenbaum Yeshiva of N. Jersey*, No. 087994 (N.J.);

- A mediation scheduled on March 29, *see Fellowship of Christian Athletes v. San Jose Unified Sch. Dist. Bd. of Educ.*, No. 20-cv-2798 (N.D. Cal.);

- A response to a complaint due on March 29, *see Sheets v. Greenville Univ.*, No. 23-cv-3754 (S.D. Ill.);

- Responses to 19 motions in limine due on March 29, *see Callion v. Monsanto Co.*, No. 2022-CA-005807-CA-01 (Fla. Cir. Ct. for Miami-Dade Cnty.); and

- Planned vacation from March 29 to April 1.

4. Extensions have been granted in similar cases by this Court and others. *Demkovich v. St. Andrew the Apostle Parish*, No. 19-2142 (7th Cir. Sept. 10, 2020), ECF No. 32 (21-day extension); *McRaney v. N. Am. Mission Bd. of S. Baptist Convention*, No. 19-60293 (5th Cir. July 23, 2020), ECF No. 66 (14-day extension); *Biel v. St. James Sch., a Corp.*, No. 17-55180 (9th Cir. Dec. 20, 2018), ECF No. 75 (22-day extension).

In accordance with Circuit Rule 26, a declaration of counsel is attached to support the facts, described above, that warrant an extension.

\* \* \*

For the foregoing reasons, Moody Bible respectfully request an extension of time until April 15, 2024, to prepare and file a petition for rehearing en banc.

| | |
|---|---|
| March 22, 2024 | Respectfully submitted, |
| | /s/ Daniel H. Blomberg |
| Christian M. Poland | Daniel H. Blomberg |
| BRYAN CAVE LEIGHTON | Luke W. Goodrich |
|   PAISNER LLP | Laura Wolk Slavis |
| 161 N. Clark St., | Colten L. Stanberry |
|   Ste. 4300 | THE BECKET FUND FOR |
| Chicago, IL 60601-3315 |   RELIGIOUS LIBERTY |
| (312) 602-5085 | 1919 Pennsylvania Ave. N.W., |
| christian.poland@bclplaw.com |   Ste. 400 |
| | Washington, DC 20006 |
| | (202) 955-0095 |
| | dblomberg@becketlaw.org |

*Counsel for Defendant-Appellant*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JANAY E. GARRICK, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | No. 21-2683 |
| | ) | |
| MOODY BIBLE INSTITUTE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**DECLARATION OF DANIEL H. BLOMBERG IN SUPPORT OF APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC**

I, Daniel H. Blomberg, declare that I am lead counsel in this matter for Defendant-Appellant Moody Bible Institute. I have read the attached Unopposed Motion for Extension of Time to File a Petition for Rehearing En Banc. The statements contained in that motion are incorporated here by reference, demonstrate why an extension is necessary, and are true and correct to the best of my knowledge and belief.

Executed under penalty of perjury under the laws of the United States, at Charleston, SC, on March 22, 2024.

/s/ Daniel H. Blomberg
Daniel H. Blomberg

*Counsel for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System.

All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Daniel H. Blomberg
Daniel H. Blomberg

*Counsel for Defendant-Appellant*

March 22, 2024