# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

March 25, 2024

Before
AMY J. ST. EVE, *Circuit Judge*

| No. 21-2683 | JANAY E. GARRICK,<br>    Plaintiff - Appellee<br><br>v.<br><br>MOODY BIBLE INSTITUTE,<br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00573<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC**, filed on March 22, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The appellant shall file any petition for rehearing by April 15, 2024.

form name: **c7_Order_3J**     (form ID: **177**)