IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Janay E. Garrick, et al.,<br><br>  *Plaintiff-Appellee*,<br><br>v.<br><br>Moody Bible Institute,<br><br>  *Defendant-Appellant.* | No. 21-2683 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

  Melinda R. Holmes, Deputy Attorney General, hereby requests this Court grant leave to withdraw her appearance as counsel for Amici Curiae States of Indiana, Alabama, Alaska, Arkansas, Georgia, Iowa, Kansas, Louisiana, Mississippi, Missouri, and Nebraska.

  The appearance of James A. Barta on behalf of Amici Curiae States of Indiana, Alabama, Alaska, Arkansas, Georgia, Iowa, Kansas, Louisiana, Mississippi, Missouri, and Nebraska, remains in place, and all pleadings, orders, and entries should be served on him.

              Respectfully submitted,

              THEODORE E. ROKITA
              Indiana Attorney General

Date: March 25, 2024   By: */s/ Melinda R. Holmes*
              Melinda R. Holmes
              Deputy Attorney General

Office of the Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-6357
Fax: (317) 232-7979
Email: Melinda.Holmes@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Melinda R. Holmes*
Melinda R. Holmes
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6357
Facsimile: (317) 232-7979
Melinda.Holmes@atg.in.gov