# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 26, 2024

*By the Court:*

| | |
|---|---|
| No. 21-2683 | JANAY E. GARRICK,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>MOODY BIBLE INSTITUTE,<br>　　　　Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00573<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

Upon consideration of the **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**, filed on March 25, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Melinda R. Holmes may withdraw from further representation of amici curiae States of Indiana, Alabama, Alaska, Arkansas, Georgia, Iowa, Kansas, Louisiana, Mississippi, Missouri, and Nebraska in this matter. Attorney James A. Barta will continue to serve as counsel of record for the amici curiae States of Indiana, Alabama, Alaska, Arkansas, Georgia, Iowa, Kansas, Louisiana, Mississippi, Missouri, and Nebraska.