APPEAL NO. 21-2683
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

JANAY E. GARRICK,
*Plaintiff-Appellee,*

v.

MOODY BIBLE INSTITUTE,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
Case No. 1:18-cv-00573 / Honorable John Z. Lee

**MOTION FOR LEAVE TO FILE BRIEF OF AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS, ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL, ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS, CARDINAL NEWMAN SOCIETY, INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION, AND JUDSON UNIVERSITY AS *AMICI CURIAE* IN SUPPORT OF APPELLANT'S PETITION FOR REHEARING EN BANC**

RORY T. GRAY
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd.
Suite D-100
Lawrenceville, GA 30043
(770) 339-0774
rgray@ADFlegal.org

JOHN J. BURSCH
GREGORY S. BAYLOR
CODY S. BARNETT
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
gbaylor@ADFlegal.org
cbarnett@ADFlegal.org

*Attorneys for Amici Curiae*

Pursuant to Fed. R. App. P. 29(b), the American Association of Christian Schools, the Association of Christian Schools International, the Association of Classical Christian Schools, the Cardinal Newman Society, the International Alliance for Christian Education, and Judson University respectfully move this Court for leave to file the accompanying amici curiae brief in support of Appellant's petition for rehearing en banc.

Amici requested the parties positions on this motion. Both Appellant and Appellee consented to the brief's filing.

## IDENTITY AND INTEREST OF AMICI CURIAE

The American Association of Christian Schools is an association of 40 state and regional associations; including the Illinois Association of Christian Schools, the Wisconsin Association of Christian Schools, and the Indiana Association of Christian Schools; all of which promote high-quality Christian education. AACS represents more than 700 schools—including schools in the Seventh Circuit. AACS seeks to integrate faith into scholarship and form the next generation of Christian leaders.

The Association of Christian Schools International is a nonprofit association that supports 24,000 Christian schools in over 100 countries. ACSI serves member-schools worldwide, including 2,200 Christian preschools, elementary, and secondary schools and 90 post-secondary institutions in the United States—some of which are situated in the Seventh Circuit. ACSI provides pre-K–12 accreditation, profes-

1

sional development, high-quality curricula, and other educational services that cultivate a vibrant Christian faith that embraces all of life.

The Association of Classical Christian Schools represents more than 400 classical Christian schools, including schools in the Seventh Circuit, which engage in classical education from a Christian worldview. ACCS provides member-schools educational resources that help them fulfill their mission to provide a Christian classical education, including accreditation services, public advocacy, and staffing support.

The Cardinal Newman Society's mission is to promote and defend faithful Catholic education throughout the world, including schools in the Seventh Circuit's jurisdiction. The Society fulfills that mission by advocating and supporting fidelity to the Catholic Church's teaching across all levels of Catholic education; identifying and promoting clear standards of Catholic identity and best practices in Catholic education; and recognizing exemplary Catholic educators and institutions.

The International Alliance for Christian Education promotes biblical orthodoxy, scholarship, and cultural witness at all levels of education. It serves diverse entities, including seminaries, colleges and universities, parachurch organizations, and other education providers, including religious organizations in the Seventh Circuit. IACE helps member-schools promote biblical leadership, foster intellectual discipleship, and cultivate Christian worldview formation.

Judson University is an evangelical Christian university located in Elgin, Illinois, that represents the Church at work in higher education. Judson equips students to be: decisive leaders and active participants in church and society, articulate proponents of Biblical Christianity, persuasive advocates for the sovereignty of God over all life, and effective ambassadors for Christ.

Amici are, represent, or work alongside religious educational institutions, including many located in Illinois, Indiana, and Wisconsin. These groups and their members promote biblical community, scholarship, and training, and face threats from those who disagree with and seek to change their religious views. Amici have a intense interest in courts safeguarding religious autonomy and enforcing constitutional protections at the earliest opportunity, minimizing secular interference in religious affairs. Because Amici advocate for religious organizations' right to operate free from government intrusion, consistent with the First Amendment's Religion Clauses, and are potential targets of discrimination lawsuits themselves, they have a robust interest in the outcome of this case.

## DESIRABILITY OF AMICI CURIAE'S BRIEF

Courts of appeals are "usually delighted to hear additional arguments from able amici that will help the court toward right answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999). That is especially true when an amicus

provides "information on matters of law about which there [is] doubt, especially in matters of public interest." *United States v. Michigan*, 940 F.2d 143, 164 (6th Cir. 1991). Here, Amici who represent or work alongside dozens of religious schools and colleges in the Seventh Circuit and around the world offer this Court a unique and valuable perspective on religious autonomy, the dangers posed by the panel majority's ruling, and the necessity of en banc review.

First, Amici offer "a different analytical approach to the legal issues before the court." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (Scudder, J., in chambers). They show that the panel opinion conflicts with—and effectively overrules—this Court's existing precedent on interlocutory appeals of religious-autonomy claims. En banc review is therefore necessary to maintain uniformity.

Second, Amici offer valuable insight into "the broader … context in which a question comes to the court." *Id*. The panel opinion defines religious autonomy so narrowly as to render it practically nonexistent. But Amici show that this Court and other circuits have already rejected the type of pretext inquiry the panel majority mandated here as inherently coercive and essentially theological in nature.

Last, Amici highlight "legal nuance glossed over by the parties." *Id*. They analyze the collateral order doctrine's three requirements and demonstrate that Moody's asserted First Amendment right not to stand

4

trial or face other litigation burdens meets each one. Consequently, the panel majority erred in holding this Court lacks jurisdiction.

Amici's brief, in short, "offer[s] something different, new, and important." *Id.* This Court would find it "helpful to deciding" whether en banc review is warranted. *Id.* at 764.

## CONCLUSION

Amici's strong interest in this case, expertise in religious education, and concise explanation of the flaws in the panel majority's ruling justify allowing them to file an amici curiae brief in support of en banc review. Respectfully, Amici ask the Court to grant the motion and accept for filing the accompanying amici brief.

Respectfully submitted,

Dated: April 22, 2024      By:*/s/ Rory T. Gray*

| | |
|---|---|
| JOHN J. BURSCH | RORY T. GRAY |
| GREGORY S. BAYLOR | ALLIANCE DEFENDING FREEDOM |
| CODY S. BARNETT | 1000 Hurricane Shoals Road |
| ALLIANCE DEFENDING FREEDOM | Suite D-1100 |
| 440 First Street, NW, Suite 600 | Lawrenceville, GA 30043 |
| Washington, DC 20001 | (770) 339-0774 |
| (202) 393-8690 | rgray@ADFlegal.org |
| jbursch@ADFlegal.org | |
| gbaylor@ADFlegal.org | |
| cbarnett@ADFlegal.org | |

*Attorneys for Amici Curiae*

# CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/ Rory T. Gray*
Rory T. Gray
Attorney for Amici Curiae
