# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 26, 2024

Before
AMY J. ST. EVE, *Circuit Judge*

| No. 21-2683 | JANAY E. GARRICK,<br>    Plaintiff - Appellee<br><br>v.<br><br>MOODY BIBLE INSTITUTE,<br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-00573<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

The following are before the court:

1. **MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF DEFENDANT-APPELLANT PETITIONING FOR REHEARING EN BANC**, filed on April 22, 2024, by counsel for Sharon Gustafson and Rachel Morrison.

2. **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF DR. LAEL WEINBERGER AS AMICUS CURIAE IN SUPPORT OF MOODY BIBLE AND REHEARING EN BANC**, filed on April 22, 2024, by counsel for Dr. Lael Weinberger.

3. **MOTION FOR LEAVE TO FILE BRIEF OF AMERICAN ASSOCIATION OF CHRISTIAN SCHOOLS, ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL, ASSOCIATION OF CLASSICAL CHRISTIAN SCHOOLS, CARDINAL NEWMAN SOCIETY, INTERNATIONAL ALLIANCE FOR CHRISTIAN EDUCATION, AND JUDSON UNIVERSITY AS AMICI CURIAE IN SUPPORT OF**

-over-

**APPELLANT'S PETITION FOR REHEARING EN BANC**, filed on April 22, 2024, by counsel for American Association of Christian Schools, Association of Christian Schools International, Association of Classical Christian Schools, Cardinal Newman Society, International Alliance for Christian Education, and Judson University.

**IT IS ORDERED** that Sharon Gustafson and Rachel Morrison's motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus brief.

**IT IS FURTHER ORDERED** that Dr. Lael Weinberger's motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus brief.

**IT IS FINALLY ORDERED** that the American Association of Christian Schools, et al.'s motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus brief.

form name: **c7_Order_3J**     (form ID: **177**)