April 30, 2024

**Before**

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 21-2683 | |
| JANAY E. GARRICK,<br>*Plaintiff-Appellee,*<br><br>*v.*<br><br>MOODY BIBLE INSTITUTE,<br>*Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:18-cv-00573<br><br>John Z. Lee,<br>*Judge.* |

**O R D E R**

On consideration of the petition for rehearing and petition for rehearing en banc, no judge in regular active service has requested a vote on the petition for rehearing en banc[1] and the judges on the original panel have voted to deny rehearing. It is, therefore, **ORDERED** that the petition for rehearing and petition for rehearing en banc is **DENIED**.

---

[1] Circuit Judge Ilana Diamond Rovner and Circuit Judge John Z. Lee did not participate in the consideration of this petition for rehearing en banc.